UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NABORS DRILLING USA, LP,<br><br>    Plaintiff,<br><br>v.<br><br>MARKOW WALKER & REEVES, P.A.,<br>MARKOW, WALKER, P.A., MICHAEL<br>YOUNG, AND ROBERT NILES<br>HOOPER,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. H-06-3232<br>§<br>§<br>§<br>§<br>§<br>§ |

## MEMORANDUM AND ORDER

Because Defendants' Motion to Transfer the "Mississippi II" case back to the Southern District of Mississippi (Doc. # 21) has been granted, Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (Doc. # 20) is **DENIED AS MOOT**.

IT IS SO ORDERED.

SIGNED this 11 day of December, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT